IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELVIRA CUTIA,

      Plaintiff,                    No. CIV S-06-0893 PAN

      vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

      Defendants.                ORDER TO SHOW CAUSE

_____/

        On April 26, 2006, a scheduling order was filed in this case. Pursuant to this order, plaintiff was to complete service of process within 20 days from the filed date of the complaint, April 25, 2006. The court has not received a proof of service showing that the defendant has been served.

        THEREFORE, plaintiff is ordered to show cause, within twenty (20) days, why this case should not be dismissed for failure to serve. Fed. R. Civ. P. 4(m).

DATED: July 31, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; cutia.osc