IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELVIRA CUTIA,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendants.

No. CIV S-06-0893 PAN

ORDER

----

On August 2, 2006, plaintiff was ordered to show cause why this action should not be dismissed for plaintiff's failure to serve.  Fed. R. Civ. P. 4(m).  On August 8, 2006, plaintiff filed a response to the order to show cause and on August 22, 2006, a certificate of service was filed noting service of process was executed on defendants on August 22, 2006.  Good cause appearing, IT IS HEREBY ORDERED that the August 2, 2006 order to show cause is discharged.

DATED:  September 13, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; cutia.dsch