McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (415) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIRA CUTIA,<br><br>        Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>        Defendant. | Case No. 2:06-CV-00893-PAN (JFM)<br><br>STIPULATION AND ORDER OF<br>REMAND PURSUANT TO<br>SENTENCE SIX OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that this case will be remanded for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g).  The Commissioner is unable to transcribe significant portions of the tape of oral hearing, which are inaudible.

/////

/////

/////

/////

CUTIA v. CSS
Stip & Order - Sentence Six Rem
2:06-cv-00893-PAN (JFM)                    **1**

DATED: November 21, 2006

/s/ Harvey P. Sackett (as authorized on November 20, 2006)
HARVEY P. SACKETT
Attorney at Law

Attorney for Plaintiff

DATED: November 21, 2006

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney

By: /s/ Bobbie J. Montoya for
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
U.S. SOCIAL SECURITY ADMINISTRATION

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: December 7, 2006.

UNITED STATES MAGISTRATE JUDGE

13/Moulds Social Security Cases
Cutia.stipord.remand.ss.wpd

CUTIA v. CSS
Stip & Order - Sentence Six Rem
2:06-cv-00893-PAN (JFM)                    **2**